**PIMENTEL LAW, P.C.**
Gabriel J. Pimentel, Esq. (SBN 265328)
GJP@PimentelLaw.com
Bruce T. Murray, Esq. (SBN 306504)
BTM@PimentelLaw.com
30 N. Raymond Avenue, Suite 210
Pasadena, CA 91103
Telephone: (626) 765-6505
Fax: (626) 628-3041

Attorneys for Plaintiff and Putative Class,
NANA AKUA SERWAAH ODDEI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NANA AKUA SERWAAH ODDEI, an individual, on behalf of all other similarly situated,

Plaintiff,

vs.

OPTUM, INC., a Delaware corporation, HEALTHCARE PARTNERS MEDICAL GROUP, P.C., a California corporation, DAVITA MEDICAL GROUP CALIFORNIA, P.C., a California corporation, SCANSTAT TECHNOLOGIES, LLC, a Delaware limited liability company; and DOES 1 through 20 inclusive,

Defendants.

Case No. 2:21-cv-03974-SB-MRW

**JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS OPTUM, INC. AND HEALTHCARE PARTNERS MEDICAL GROUP, P.C.'S MOTION TO DISMISS**

Complaint Filed: March 22, 2021
Trial Date: None set

**JOINT STIPULATION**

Plaintiff and Defendants Optum, Inc. and HealthCare Partners Medical Group, P.C., formerly known as and erroneously sued as DaVita Medical Group California, P.C. (the "Optum Defendants") (and, together with Plaintiff, the "Parties"), hereby submit, through their respective undersigned counsel of record, the following Stipulation:

WHEREAS, on June 9, 2021, counsel for the Optum Defendants requested that Plaintiff's counsel meet and confer regarding the allegations asserted in the Complaint against the Optum Defendants for purposes of L.R. 7-3.

WHEREAS, on June 10, 2021, counsel for the Optum Defendants sent Plaintiff's counsel a detailed L.R. 7-3 meet and confer letter regarding the substance of the Optum Defendants' contemplated motion to dismiss.

WHEREAS, on June 15, 2021, the Optum Defendants' and Plaintiff's counsel conducted an L.R. 7-3 meet and confer teleconference to discuss further the Optum Defendants' contemplated motion to dismiss.

WHEREAS, on June 17, 2021, the Optum Defendants filed their Motion to Dismiss, scheduled for hearing on August 6, 2021 (Dkt. 22).

WHEREAS Plaintiff had earlier filed a Motion to Remand, and the hearing for that motion was scheduled for July 9, 2021 (Dkt. 14).

WHEREAS, on July 6, 2021, this Court vacated the July 9, 2021 hearing on Plaintiff's Motion to Remand (Dkt. 26).

WHEREAS, because no Order has been issued in connection with Plaintiff's pending Motion to Remand as of the date of this filing, it would conserve judicial resources, and the resources of counsel, to continue the hearing date and briefing schedule on the Optum Defendants' pending Motion to Dismiss.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel that:

1. The hearing date on the Optum Defendants' Motion to Dismiss will be continued from August 6, 2021 to September 24, 2021, subject to the Court's availability.

2. Plaintiffs' Opposition to the Optum Defendants' Motion to Dismiss must be filed and served no later than August 16, 2021.

3. The Optum Defendants' Reply in support of their Motion to Dismiss must be filed and served no later than 14 days prior to the September 24, 2021 hearing.

Dated: July 13, 2021

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ *Taylor C. Day*_____
Molly Moriarty Lane
Brian M. Jazaeri
Taylor C. Day
Michelle M. Arra

Attorneys for Defendant Optum, Inc. and HealthCare Partners Medical Group, P.C., formerly known as and erroneously sued as DaVita Medical Group California, P.C.

Dated: July 13, 2021

PIMENTEL LAW, P.C.

By */s/ Bruce T. Murray*
Bruce T. Murray
Gabriel J. Pimentel
Attorneys for Plaintiff Nana Akua Serwaah Oddei

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing of this document with their signature.

*/s/ Bruce T. Murray*

Bruce T. Murray