UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NANA AKUA SERWAAH ODDEI, an individual, on behalf of all others similarly situated,

Plaintiff,

vs.

OPTUM, INC., DAVITA MEDICAL GROUP CALIFORNIA, P.C., HEALTHCARE PARTNERS MEDICAL GROUP, P.C., SCANSTAT TECHNOLOGIES, LLC, and DOES 1-20 inclusive,

Defendants.

Case No. 2-21-cv-03974-SB-MRW

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS OPTUM, INC. AND HEALTHCARE PARTNERS MEDICAL GROUP, P.C.'S MOTION TO DISMISS**

Complaint Filed: March 22, 2021
Trial Date: None set

**ORDER**

The Court, having considered the parties' Joint Stipulation to Continue Hearing Date on Defendants Optum, Inc. and HealthCare Partners Medical Group, P.C.'s Motion to Dismiss (the "Stipulation"), and finding good cause, hereby GRANTS the Stipulation as follows:

1. The hearing date on the Motion to Dismiss (Dkt. 22) is continued to September 24, 2021.
2. Plaintiff's opposition to the Motion to Dismiss must be filed and served no later than August 16, 2021.
3. Defendants Optum, Inc. and HealthCare Partners Medical Group, P.C.'s reply in support of the Motion to Dismiss must be filed and served no later than September 10, 2021.

**IT IS SO ORDERED**.

Dated:______________________ By:______________________________

Honorable Stanley Blumenfeld, Jr.
U.S. District Judge