UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: 2:21-cv-03974-SB (MRWx) | Date: 7/15/2021 |
|---|---|

Title: *Nana Akua Serwaah Oddei v. Optum, Inc., et al.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings: [In Chambers] ORDER GRANTING JOINT STIPULATION TO CONTINUE IN PART [DKT. NO. 27]**

The Court has reviewed the parties' joint stipulation to continue the hearing date on Defendants' motion to dismiss. (Stip., Dkt. No. 27.) There, the parties seek a seven-week continuance of the hearing date and corresponding extensions of the briefing schedule. No good cause for such lengthy extensions exists. Nevertheless, the Court will continue the hearing one week. The hearing on Defendants' motion to dismiss is **CONTINUED** to August 13, 2021 at 8:30 a.m. Plaintiff must file her opposition brief no later July 23, 2021, and Defendants reply brief is due no later than July 30, 2021.

**IT IS SO ORDERED**.