KIMBERLY D. HOWATT (SBN: 196921)
khowatt@grsm.com
TIMOTHY A. HANNA (SBN: 310620)
thanna@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
ScanSTAT Technologies, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANA AKUA SERWAAH ODDEI, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OPTUM, INC., a Delaware corporation, HEALTHCARE PARTNERS MEDICAL GROUP, P.C., a California corporation, DAVITA MEDICAL GROUP CALIFORNIA, P.C., a California corporation, SCANSTAT TECHNOLOGIES, LLC, a Delaware limited liability company and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 2:21-cv-03974-SB (MRWx)**<br><br>**DEFENDANT SCANSTAT TECHNOLOGIES, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**[DEMAND FOR JURY TRIAL]**<br><br>Dept.: Courtroom 6C<br>Judge: Hon. Stanley Blumenfeld, Jr. |

ZRCYB/1242030/62626639v.1

Defendant SCANSTAT TECHNOLOGIES, LLC ("Defendant") hereby answers the First Amended Complaint ("FAC" or "complaint") filed by plaintiff NANA AKUA SERWAAH ODDEI ("ODDEI") on behalf of herself and a putative class of all others similarly situated (with ODDEI, collectively "Plaintiff"), subject to the above-captioned court's order dismissing the first and third causes of action from the FAC (Doc. Nos. 45, 46), and also raises affirmative defenses as follows:

1. Answering paragraph 1 of Plaintiff's FAC, the allegations in this Paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

2. Answering paragraph 2 of Plaintiff's FAC, the allegations in this Paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

3. Answering paragraph 3 of Plaintiff's FAC, the allegations in this Paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this Paragraph, and therefore denies them. Defendant denies the allegation that Plaintiff is entitled to the relief sought.

4. Answering paragraph 4 of Plaintiff's FAC, Defendant lacks sufficient information to admit or deny the allegations in paragraph 4, and on that basis denies each allegation contained therein.

5. Answering paragraph 5 of Plaintiff's FAC, the allegations do not refer to Defendant and they refer to publicly available documents of other defendants; thus, those documents speak for themselves. To the extent necessary, Defendant

lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

6. Answering paragraph 6 of Plaintiff's FAC, the allegations do not refer to Defendant and they refer to publicly available documents of other defendants; thus, those documents speak for themselves. To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

7. Answering paragraph 7 of Plaintiff's FAC, the allegations do not refer to Defendant and they refer to publicly available documents of other defendants; thus, those documents speak for themselves. To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

8. Answering paragraph 8 of Plaintiff's FAC, the allegations do not refer to Defendant and they refer to publicly available documents of other defendants; thus, those documents speak for themselves. To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

9. Answering paragraph 9 of Plaintiff's FAC, Defendant admits it is a Delaware limited liability company and admits that it does business in the State of California. Except as expressly admitted, Defendant lacks sufficient information to admit or deny and therefore denies the remaining allegations in paragraph 9 of Plaintiff's FAC to the extent they refer to legal conclusions.

10. Answering paragraph 10 of Plaintiff's FAC, this paragraph states only legal conclusions that do not require a response. To the extent a response is required, Defendant lacks sufficient information to admit or deny the allegations in paragraph 10, and on that basis denies them.

11. Answering paragraph 11 of Plaintiff's FAC, this paragraph states only legal conclusions that do not require a response. To the extent a response is required,

Defendant denies them.

12. Answering paragraph 12 of Plaintiff's FAC, this paragraph states only legal conclusions that do not require a response. To the extent a response is required, Defendant lacks sufficient information to admit or deny the allegations in this paragraph, including as to Plaintiff's claimed information and belief, and on that basis denies them. Defendant denies the existence of the legal relationships, as to Defendant, alleged in paragraph 12.

13. Answering paragraph 13 of Plaintiff's FAC, this paragraph states only legal conclusions that do not require a response. To the extent a response is required, Defendant lacks sufficient information to admit or deny the allegations in paragraph 13, including as to Plaintiff's claimed information and belief, and on that basis denies them. Defendant denies the existence of the legal relationships as to and/or conduct attributed to Defendant, alleged in paragraph 13.

14. Answering paragraph 14 of Plaintiff's FAC, this paragraph states only legal conclusions that do not require a response, as well as matters that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent a response is required, Defendant lacks sufficient information to admit or deny the allegations in paragraph 14, including as to Plaintiff's information and belief, and on that basis denies them. Defendant denies the existence of the legal relationships as to and/or conduct attributed to Defendant, alleged in paragraph 14.

15. Answering paragraph 15 of Plaintiff's FAC, this paragraph states only legal conclusions that do not require a response. Defendant declines to answer the remaining allegations in paragraph 15 as it refers to the claims in the complaint and does not require a response. To the extent a response is required, Defendant denies each allegation contained therein.

**GENERAL ALLEGATIONS**

16. Answering paragraph 16 of Plaintiff's FAC, Defendant lacks sufficient information to admit or deny the allegations in paragraph 16, and on that basis denies

each allegation contained therein.

17. Answering paragraph 17 of Plaintiff's FAC, Defendant lacks sufficient information to admit or deny the allegations in paragraph 17, and on that basis denies each allegation contained therein.

18. Answering paragraph 18 of Plaintiff's FAC, Defendant lacks sufficient information to admit or deny the allegations in paragraph 18, and on that basis denies each allegation contained therein.

19. Answering paragraph 19 of Plaintiff's FAC, Defendant lacks sufficient information to admit or deny the allegations in paragraph 19 as broadly phrased, and on that basis denies them, except that Defendant admits that in or about September 2020 it received an authorization form of Plaintiff authorizing the release of ODDEI's records to counsel identified therein.

20. Answering paragraph 20 of Plaintiff's FAC, Defendant admits it received a request for medical records via OPTUM, INC. relative to ODDEI. Except as expressly admitted, Defendant lacks sufficient information to admit or deny all other allegations in paragraph 20, and on that basis denies them.

21. Answering paragraph 21 of Plaintiff's FAC, Defendant admits it issued an invoice in the amount of $10.40, which included a charge for the duplication of 30 pages at a rate of $0.25 per unit and $2.90 for other charges. Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph 21, and on that basis denies them.

22. Answering paragraph 22 of Plaintiff's FAC, Defendant lacks sufficient information to admit or deny the allegations in paragraph 22, and on that basis denies each allegation contained therein.

23. Answering paragraph 23 of Plaintiff's FAC, Defendant admits that it responded to ODDEI's request for records. The contents of the document(s) identified in the allegations is/are the best evidence of its/their contents. As to the remainder of the allegations in paragraph 23, Defendant lacks sufficient information

to admit or deny and on that basis denies them.

24. Answering paragraph 24 of Plaintiff's FAC, Defendant admits that it responded to ODDEI's request for records. The contents of the document(s) identified in the allegations is/are the best evidence of its/their contents. As to the remainder of the allegations in paragraph 24, Defendant lacks sufficient information to admit or deny and on that basis denies them.

25. Answering paragraph 25 of Plaintiff's FAC, Defendant lacks sufficient information to admit or deny the allegations in paragraph 25 as broadly phrased, and on that basis denies them, except that Defendant admits that in or about March 2021 it received an authorization form of ODDEI authorizing the release of certain records to counsel identified therein.

26. Answering paragraph 26 of Plaintiff's FAC, Defendant admits it received a request for ODDEI's medical records from OPTUM, INC. Except as expressly admitted, Defendant lacks sufficient information to admit or deny all other allegations in paragraph 26, and on that basis denies them.

27. Answering paragraph 27 of Plaintiff's FAC, Defendant admits it issued an invoice in the amount of $28.90, which included a charge for the duplication of 104 pages at a rate of $0.25 per unit and $2.90 for other charges. Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph 27, and on that basis denies each allegation contained therein.

28. Answering paragraph 28 of Plaintiff's FAC, Defendant admits that it responded to ODDEI's request for records. The contents of the document(s) identified in the allegations is/are the best evidence of its/their contents. As to the remainder of the allegations in paragraph 28, Defendant lacks sufficient information to admit or deny and on that basis denies them.

29. Answering paragraph 29 of Plaintiff's FAC, Defendant lacks sufficient information to admit or deny the allegations in paragraph 29, and on that basis denies each allegation contained therein.

## CLASS ACTION ALLEGATIONS

30. Answering paragraph 30 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter and pertain to matters that were dismissed by this Court's order (Doc. Nos. 45, 46), and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

31. Answering paragraph 31 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

32. Answering paragraph 32 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

33. Answering paragraph 33 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

34. Answering paragraph 34 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

35. Answering paragraph 35 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual

matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

36. Answering paragraph 36 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

37. Answering paragraph 37 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter and pertain to matters that were dismissed by this Court's order (Doc. Nos. 45, 46), and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

38. Answering paragraph 38 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

39. Answering paragraph 39 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter and pertain to matters that were dismissed by this Court's order (Doc. Nos. 45, 46), and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

40. Answering paragraph 40 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

41. Answering paragraph 41 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

42. Answering paragraph 42 of Plaintiff's FAC, this paragraph states only legal conclusions that do not require a response. To the extent a response is required, Defendant denies each allegation contained therein.

43. Answering paragraph 43 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

44. Answering paragraph 44 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation contained therein.

**FIRST CAUSE OF ACTION (DISMISSED FROM FAC)**

45. Answering paragraph 45 of Plaintiff's FAC, Defendant incorporates all of the above responses herein by reference.

46. Answering paragraph 46 of Plaintiff's FAC, this paragraph appears to state only a quotation of the statutory language of Evid. Code § 1158(b), and thus is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, it presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

47. Answering paragraph 47 of Plaintiff's FAC, this paragraph appears to state only a quotation of the statutory language of Evid. Code § 1158(e)(1)-(2), and thus is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, it presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

48. Answering paragraph 48 of Plaintiff's FAC, this paragraph appears to state only a quotation of the statutory language of Evid. Code § 1158(a), and thus is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, it presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

49. Answering paragraph 49 of Plaintiff's FAC, this paragraph appears to state only a quotation of the language from decisional law, and thus is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, it presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

50. Answering paragraph 50 of Plaintiff's FAC, the documents referenced in this paragraph are the best evidence of the contents thereof. Also, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

51. Answering paragraph 51 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

52. Answering paragraph 52 of Plaintiff's FAC, this paragraph is primarily

argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

53. Answering paragraph 52 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies them.

54. Answering paragraph 54 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny Plaintiff's claimed information and belief, and as to the remainder of the allegations denies them.

55. Answering paragraph 55 of Plaintiff's FAC, Defendant denies each allegation contained therein. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46).

56. Answering paragraph 56 of Plaintiff's FAC, Defendant denies each allegation contained therein. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46).

57. Answering paragraph 57 of Plaintiff's FAC, Defendant denies each allegation contained therein. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46).

58. Answering paragraph 58 of Plaintiff's FAC, Defendant denies each allegation contained therein. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46).

59. Answering paragraph 59 of Plaintiff's FAC, the allegations in this Paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies the allegations and denies that Plaintiff is entitled to the relief sought. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46).

**SECOND CAUSE OF ACTION**

60. Answering paragraph 60 of Plaintiff's FAC, Defendant incorporates all above responses by reference.

61. Answering paragraph 61 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation as to ScanSTAT, and as to the remainder, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

62. Answering paragraph 62 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies it violated any law and as to the remainder, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

63. Answering paragraph 63 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation as to ScanSTAT, and as to the remainder, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

64. Answering paragraph 64 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation as to ScanSTAT, and as to the remainder, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

65. Answering paragraph 65 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation as to ScanSTAT, and as to the remainder, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

66. Answering paragraph 66 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation as to ScanSTAT, and as to the remainder, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

67. Answering paragraph 67 of Plaintiff's FAC, the allegations in this paragraph are primarily argumentative and/or include legal rather than factual matter, and thus Defendant is not required to admit or deny; however, to the extent necessary, Defendant denies each allegation as to ScanSTAT and denies that Plaintiff is entitled to the relief sought, and as to the remainder, Defendant lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

## THIRD CAUSE OF ACTION (DISMISSED FROM FAC)

68. Answering paragraph 68 of Plaintiff's FAC, Defendant incorporates all above responses by reference.

69. Answering paragraph 69 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny Plaintiff's claimed information and belief, and as to the remainder of the allegations denies them.

70. Answering paragraph 70 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny Plaintiff's claimed information and belief, and as to the remainder of the allegations denies them.

71. Answering paragraph 71 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies them.

72. Answering paragraph 72 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies them.

73. Answering paragraph 73 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant lacks sufficient information to admit or deny Plaintiff's claimed information and belief, and as to the remainder of the allegations denies them.

74. Answering paragraph 74 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies them.

75. Answering paragraph 75 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies them.

76. Answering paragraph 76 of Plaintiff's FAC, this paragraph is primarily argumentative and/or includes legal rather than factual matter, and therefore does not require a response. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies them.

**PLAINTIFF'S PRAYER FOR RELIEF**

77. In response to paragraph 1 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

78. In response to paragraph 2 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

79. In response to paragraph 3 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

80. In response to paragraph 4 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

81. In response to paragraph 5 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

82. In response to paragraph 6 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

83. In response to paragraph 7 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

84. In response to paragraph 8 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

85. In response to paragraph 9 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant

denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

86. In response to paragraph 10 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

87. In response to paragraph 11 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law. Moreover, this paragraph presents claims and allegations that were dismissed by this Court's order (Doc. Nos. 45, 46). To the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

88. In response to paragraph 12 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

89. In response to paragraph 13 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

90. In response to paragraph 14 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

91. In response to paragraph 15 of the Prayer for Relief of Plaintiff's FAC, Defendant is not obligated to respond Plaintiff's prayer for relief, as a matter of

law; however, to the extent necessary, Defendant denies the claim and denies that Plaintiff is entitled to any of the relief requested thereby, or any relief at all.

**AFFIRMATIVE DEFENSES**

As for its avoidances and affirmative defenses to the FAC, based upon and incorporating by this reference the foregoing admissions, denials, and other allegations, and with each avoidance and affirmative defense set forth below incorporating the facts alleged specific to each of the others, and pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, Defendant sets forth the following matters constituting affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

For a first, separate and distinct affirmative defense, Defendant alleges that the FAC, and each and every purported cause of action contained therein, is implausible, improbable, and fails to state a claim upon which relief can be granted against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

For a second, separate and distinct affirmative defense, Defendant alleges that Plaintiff has failed to join all necessary and/or indispensable parties.

**THIRD AFFIRMATIVE DEFENSE**

For a third, separate and distinct affirmative defense, Defendant alleges that Plaintiff is barred from obtaining the relief sought, or pursuing any of the claims raised or causes of action contained in her FAC, under the doctrines of waiver, estoppel, and laches by virtue of her acts, failures to act, conduct, representations, admissions, and the like.

**FOURTH AFFIRMATIVE DEFENSE**

For an fourth, separate and distinct affirmative defense, Defendant alleges that Plaintiff is barred by the doctrine of unclean hands from maintaining this action.

///

///

**FIFTH AFFIRMATIVE DEFENSE**

For an fifth, separate and distinct affirmative defense, Defendant alleges that Plaintiff lacks standing, capacity, and/or proper certification or qualification to pursue the FAC.

**SIXTH AFFIRMATIVE DEFENSE**

For a sixth, separate and distinct affirmative defense, Defendant alleges that the FAC is barred in whole or part by the applicable statutes of limitation.

**SEVENTH AFFIRMATIVE DEFENSE**

For a seventh, separate and distinct affirmative defense, Defendant alleges that, *arguendo*, any damages otherwise recoverable by Plaintiff are barred and/or limited by Plaintiff's failure to exercise reasonable diligence in attempting to mitigate her alleged damages.

**EIGHTH AFFIRMATIVE DEFENSE**

For an eighth, separate and distinct affirmative defense, Defendant alleges that Defendant is not legally responsible for the damages claimed by Plaintiff; however, if Defendant was to be found legally responsible, then Defendant provisionally alleges that its legal responsibility is not the sole legal cause of the loss, and that the damages awarded to Plaintiff, if any, should be apportioned or set off according to the respective fault and legal responsibility of all parties, persons and entities, including Plaintiff herself, or their agents, servants and employees who contributed to and/or caused the subject incident, according to proof presented at the time of trial.

**NINTH AFFIRMATIVE DEFENSE**

For a ninth, separate and distinct affirmative defense, Defendant alleges that should Defendant be held liable to the Plaintiff herein, Defendant is entitled to comparative contribution from all other persons, parties, and/or organizations who are responsible for Plaintiff's alleged damages, including Plaintiff.

///

**TENTH AFFIRMATIVE DEFENSE**

For a tenth, separate and distinct affirmative defense, Defendant alleges that the FAC is or may be barred, in whole or in part, by the doctrines of assumption of risk; duress; failure of consideration; fraud; illegality; license; payment; release; res judicata; federal preemption; and, the statute of frauds.

**ELEVENTH AFFIRMATIVE DEFENSE**

For a eleventh, separate and distinct affirmative defense, the putative class defined in the FAC is not properly certifiable pursuant to Federal Rule of Civil Procedure 23 or otherwise, and the claims alleged in the FAC are not suitable for class treatment

**TWELFTH AFFIRMATIVE DEFENSE**

For an twelfth, separate and distinct affirmative defense, application of California laws to the claims of non-residents under the circumstances of this case would violate the Due Process Clause, dormant Commerce Clause, and the Full Faith and Credit Clause of the United States Constitution and would otherwise be unconstitutional.

**THIRTEENTH AFFIRMATIVE DEFENSE**

For a thirteenth, separate and distinct affirmative defense, Defendant alleges Plaintiff has failed to describe the causes of action against Defendant with sufficient particularity to enable Defendant to determine all of its legal, contractual, and equitable rights. As such, Defendant reserves the right to amend and/or supplement the averments of its answer and affirmative defenses and assert any and all pertinent defenses ascertained through investigation and discovery in this action.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands a jury trial on any and all issues in the FAC as to which a jury is available under applicable law.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by reason of her FAC on file herein;
2. The no class or representative action be certified as alleged by Plaintiff;
3. That the FAC be dismissed in its entirety with prejudice;
4. For costs of suit incurred in defense of this action;
5. For recovery of attorneys' fees expended in the defense of this action;
6. For interest and all sums provided by law; and

For such other and further relief as this Court deems just and proper.

Dated: November 1, 2021

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Kimberly D. Howatt*

Kimberly D. Howatt
Timothy A. Hanna

Attorneys for Defendant
SCANSTAT TECHNOLOGIES, LLC