**PIMENTEL LAW, P.C.**
Bruce T. Murray, Esq. (SBN 306504)
BTM@PimentelLaw.com
Gabriel J. Pimentel, Esq. (SBN 265328)
GJP@PimentelLaw.com
30 N. Raymond Avenue, Suite 210
Pasadena, CA 91103
Telephone: (626) 765-6505
Fax: (626) 628-3041

Attorneys for Plaintiff and Putative Class,
NANA AKUA SERWAAH ODDEI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NANA AKUA SERWAAH ODDEI, an individual, on behalf of all other similarly situated,

Plaintiff,

vs.

SCANSTAT TECHNOLOGIES, LLC, a Delaware limited liability company; and DOES 1 through 20 inclusive,

Defendant.

Case No. 2:21-cv-03974-SB-MRW

**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**

Action Filed: March 22, 2021
Date Removed: May 12, 2021
Trial Date: None set

**DECLARATION OF BRUCE T. MURRAY**

1. I am an attorney at law duly licensed to practice before the United States District Court, Central District of California, and I am the attorney of record for Plaintiff in the above-entitled action.

2. I have personal knowledge of all facts contained within this declaration.

3. If called to testify to any fact contained within this declaration, I would and could be competent to do so.

4. I am lead trial counsel for Plaintiff in this action.

5. I have registered as an ECF User, my email address of record is btm@pimentellaw.com, and I consent to service and receipt of filed documents by electronic means.

6. I have read the Local Rules.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 2, 2021

By /s/ *Bruce T. Murray*
Bruce T. Murray