Case 2:21-cv-03974-SB-MRW Document 62 Filed 12/05/21 Page 1 of 1 Page ID #:784

JS-6

FILED
CLERK, U.S. DISTRICT COURT
December 5, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANA AKUA SERWAAH ODDEI,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM, INC. et al.,<br><br>Defendants. | Case No. 2:21-cv-03974-SB-MRW<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's Order granting Defendant ScanSTAT's Motion for Judgment on the Pleadings, it is:

ORDERED AND ADJUDGED that Plaintiff Nana Akua Serwaah Oddei shall take nothing on her Confidentiality of Medical Information Act claim against Defendant ScanSTAT Technologies, LLC. Plaintiff's claim is DISMISSED with prejudice.

This is a Final Judgment.

Dated: December 5, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1