UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NANA AKUA SERWAAH ODDEI, an individual, on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

SCANSTAT TECHNOLOGIES, LLC, a Delaware limited liability company,

Defendant - Appellee,

and

OPTUM, INC., a Delaware corporation; et al.,

Defendants.

No. 22-55035

D.C. No. 2:21-cv-03974-SB-MRW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered December 08, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7